## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) **Case No. 12-265-DRH-SCW** |
| | ) |
| **KELLY W. HIXENBAUGH, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a notice of voluntary dismissal without prejudice (Doc. 5), filed by plaintiff pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i). As defendants have not yet filed an answer or motion for summary judgment, the Court hereby **ACKNOWLEDGES** the dismissal without prejudice. The Court will close the file.

**IT IS SO ORDERED**.

Signed this 24th day of April, 2012.

Digitally signed by
David R. Herndon
Date: 2012.04.24
09:55:02 -05'00'

**Chief Judge**
**United States District Court**